# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 13-268 |
| ) | |
| MAYANK MISHRA, ) | Judge Cathy Bissoon |
| ) | |
| Defendant. ) | |

## ORDER

The Government's Motion (**Doc. 167**) requesting that the Court make findings regarding the Speedy Trial Act is **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period from August 11, 2016 to November 13, 2017 is excludable for the purposes of computing the time within which trial must commence.

The Court granted Defendant's three Motions to Continue Trial (**Docs. 150, 161 and 164**), with trial now set for November 13, 2017. The Court made explicit Speedy Trial Act findings in its January 18, 2017 Order (**Doc. 162**) granting Defendant's second Motion to Continue Trial (**Doc. 161**), and now makes explicit findings in support of the continuances granted on August 11, 2016 (**Doc. 151**) and May 19, 2017 (**Doc. 165**).

The Court finds that the ends of justice served by granting the continuances of trial reflected in Docket Entries No. 151 and 165 outweigh the best interest of the public and Defendant to a speedy trial. After carefully weighing all of the relevant factors, the Court concludes that the ends of justice require allowing Defendant and his counsel a full and fair opportunity to prepare for trial in this complex matter, and to prevent the potential miscarriage of justice that could result from the inability to adequately prepare.

For these reasons, and for all of the other reasons stated in the government's Motion, the period of time between August 11, 2016 and November 13, 2017 is excludable under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.


September 27, 2017                                              s\Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record